UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BANK OF NEW YORK MELLON,<br><br>    Plaintiff,<br><br>    v.<br><br>SCOTT STAFNE AND TODD STAFNE,<br><br>    Defendants. | C16-77 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) On April 20, 2017, the Ninth Circuit remanded the above-captioned case "for the limited purpose of enabling the district court to consider [Bank of New York Mellon's] motion to amend the December 17, 2016, judgment," docket no. 124. Accordingly, plaintiff is DIRECTED to file, on or before Friday May 12, 2017, a proposed amended judgment, together with an affidavit in support thereof, that includes the judgment summary information identified by RCW 4.64.030 and is consistent with this Court's indicative ruling under Fed. R. Civ. P. 62.1, *see* Minute Order, docket no. 123, and Order granting summary judgment, docket no. 114. Defendants may file objections to the proposed amended judgment, not to exceed eight (8) pages, on or before Friday, May 19, 2017. Any response by plaintiff to defendants' objections shall not exceed eight (8) pages and shall be filed on or before Friday, May 26, 2017.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 9th day of May, 2017.

                                                  William M. McCool
                                                Clerk

                                                s/Karen Dews
                                                Deputy Clerk

MINUTE ORDER - 1