# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| BANK OF NEW YORK MELLON, | |
| Plaintiff, | |
| v. | C16-77 TSZ |
| SCOTT STAFNE AND TODD STAFNE, | ORDER |
| Defendants. | |

THIS MATTER comes before the Court on defendant Scott Stafne's motion for recusal, docket no. 134. The Court declines to voluntarily recuse. Pursuant to Local Civil Rule 3(f), the Clerk is DIRECTED to refer defendant Scott Stafne's motion for recusal, docket no. 134, to Chief Judge Ricardo S. Martinez or his designee.

IT IS SO ORDERED.

Dated this 1st day of June, 2017.

*/s/ Thomas S. Zilly*
Thomas S. Zilly
United States District Judge

ORDER - 1