UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BANK OF NEW YORK MELLON,<br><br>             Plaintiff,<br><br>  v.<br><br>SCOTT STAFNE AND TODD STAFNE,<br><br>             Defendants. | C16-77 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Having reviewed plaintiff's proposed amended judgment, docket no. 126, it appears that the proposed amended judgment includes an abbreviated legal description that encompasses boundary lines which are inconsistent with the full legal description of the property encompassed by the Deed of Trust. *See* Proposed Amended Judgment, at 3; *see also* Response, docket no. 129. The parties are DIRECTED to submit supplemental briefing addressing this discrepancy on or before June 13, 2017. The parties' supplemental briefs shall not exceed ten (10) pages.

(2) In addition, the parties' supplemental briefs should address whether, in light of the notice informing the Court that defendant Todd Stafne is now deceased, *see* Notice of Deceased Defendant, docket no. 130, substitution of Todd Stafne's successor or representative pursuant to Fed. R. Civ. P. 25(a) is required prior to any ruling on plaintiff's motion to amend the judgment.

MINUTE ORDER - 1

(3) The Clerk is directed to send a copy of this Minute Order to defendants and all counsel of record.

Dated this 6th day of June, 2017.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 2