# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

BANK OF NEW YORK MELLON,

    Plaintiff,

v.

SCOTT STAFNE AND TODD STAFNE,

    Defendants.

C16-77 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Having reviewed the parties' responses to the Court's June 6, 2017, Minute Order, docket no. 140, and in light of the parties' agreement that the Court should substitute defendant Todd Stafne's representative pursuant to Fed. R. Civ. P. 25(a), the Court will abstain from ruling on plaintiff's motion to amend the judgment until after substitution of the administrator of Todd Stafne's estate has been effected. A case records search revealed that a probate proceeding was filed by Mayumi Ohata Stafne in Snohomish County Superior Court on June 15, 2017, Case Number 17-4-01079-31. Once Letters of Administration have been issued naming an administrator of Todd Stafne's estate, a motion for substitution, which may be made by any party, should be filed promptly, pursuant to Fed. R. Civ. P. 25(a).

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 20th day of June, 2017.

                                            William M. McCool
                                            Clerk

                                            s/Karen Dews
                                            Deputy Clerk

MINUTE ORDER - 1