UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BANK OF NEW YORK MELLON, <br><br> Plaintiff, <br><br> v. <br><br> SCOTT STAFNE and MAYUMI OHATA STAFNE, as Administrator of the ESTATE OF TODD STAFNE, <br><br> Defendants. | C16-77 TSZ <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Pursuant to the parties' stipulation, docket no. 161, the Court shall postpone ruling on plaintiff's motion to amend the judgment, docket no. 120, to allow the parties time to reach terms of settlement and propose an amended judgment to which they all agree. The parties shall file any such proposed amended judgment—or if agreement cannot be reached, a Joint Status Report informing the Court of the status of the parties' settlement discussions—within sixty (60) days of the date of this Minute Order.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 31st day of August, 2017.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1