| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | OCT 27 2017 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

BANK OF NEW YORK MELLON, a New York banking corporation,

        Plaintiff-Appellee,

 v.

SCOTT ERIK STAFNE, an individual and TODD STAFNE, an individual,

        Defendants-Appellants.

No.   16-36032

D.C. No. 2:16-cv-00077-TSZ
Western District of Washington, Seattle

ORDER

On April 20, 2017, the court granted appellee's motion for a limited remand "for the limited purpose of enabling the district court to consider appellee's motion to amend the December 17, 2016 judgment." The court's April 20, 2017 order held proceedings in this appeal in abeyance pending further other of this court.

The court has received appellees' October 16, 2017 status report indicating that the district court has not yet ruled on the motion to amend the December 17, 2016 judgment, but "the parties are currently drafting a settlement agreement and negotiating the language for that agreement."

Accordingly, within 60 days after the date of this order or within 7 days after the district court's ruling on the motion to amend the judgment, whichever occurs first, appellee shall file a report on the status of district court proceedings or a motion for the appropriate relief.

LAB/MOATT

2

Briefing and all other pending requests remain stayed pending further order from this court.

>FOR THE COURT:
>
>MOLLY C. DWYER
>CLERK OF COURT
>
>
>By: Lior A. Brinn
>Deputy Clerk
>Ninth Circuit Rule 27-7

LAB/MOATT                                           2