UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BANK OF NEW YORK MELLON,

    Plaintiff,

v.

SCOTT STAFNE; and MAYUMI OHATA STAFNE, as Administrator of the Estate of Todd Stafne,

    Defendants.

C16-77 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) By Order filed on April 20, 2017, docket no. 124, the United States Court of Appeals for the Ninth Circuit remanded this matter for the limited purpose of enabling this Court to consider plaintiff's motion to amend judgment. Shortly thereafter, Todd Stafne died, *see* Notice (docket no. 130), and a few months later, upon plaintiff's motion, Mayumi Ohata Stafne, as Administrator of the Estate of Todd Stafne, was substituted as a defendant. Minute Order (docket no. 152). In the meanwhile, defendant Scott Stafne unsuccessfully sought to disqualify the district judge presiding over this matter. *See* Order (docket no. 137). Pursuant to the parties' subsequent stipulation, the Court postponed ruling on plaintiff's motion to amend judgment for 60 days to allow the parties to confer and propose an amended judgment on which they all agreed. Minute Order (docket no. 163). On October 23, 2017, the parties filed a Joint Status Report, docket no. 165, indicating that they need additional time to pursue settlement. The Court has now been advised that defendant Scott Stafne has filed a lawsuit captioned *Stafne v. Zilly, et al.*, Case No. C17-1692-RSL, naming as defendants both the district judge presiding over this matter and one of the two Circuit Judges who ordered the limited remand in

MINUTE ORDER - 1

COA No. 16-36032. In light of these developments, the Court hereby STAYS this case until further order.

    (2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record and to the United States Court of Appeals for the Ninth Circuit.

Dated this 15th day of November, 2017.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 2