UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE BANK OF NEW YORK MELLON, <br><br> Plaintiff, <br><br> v. <br><br> SCOTT STAFNE; and MAYUMI OHATA STAFNE, as Administrator of the Estate of Todd Stafne, <br><br> Defendants. | C16-77 TSZ <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) On May 14, 2019, the Court entered an Amended Partial Judgment, docket no. 172, ordering a judicial foreclosure of the Deed of Trust encumbering the Subject Property, as described in the Amended Partial Judgment (docket no. 172 at 1–2); ordering the Subject Property to be sold by the Sheriff of Snohomish County in a manner provided by law; and ordering Plaintiff and/or the successful purchaser of the Subject Property to file an appropriate motion to confirm the sale within fourteen (14) days after the sale. On October 8, 2020, the United States Court of Appeals for the Ninth Circuit affirmed this Court's order and judgment, docket no. 179. On October 30, 2020, the mandate of the Court of Appeals issued, docket no. 180.

(2) Approximately four months having elapsed since the mandate issued, the parties are DIRECTED to file a Joint Status Report on or before April 9, 2021, indicating (i) the current status of the Subject Property and (ii) what steps, if any, the parties are taking to effectuate the Sheriff's sale of the Subject Property.

MINUTE ORDER - 1

(3)   The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 2nd day of March, 2021.

          William M. McCool
          Clerk

          s/Gail Glass
          Deputy Clerk

MINUTE ORDER - 2