UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE BANK OF NEW YORK MELLON,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>SCOTT STAFNE; and MAYUMI OHATA STAFNE, as Administrator of the Estate of Todd Stafne,<br><br>　　　　　　　　Defendants. | C16-77 TSZ<br><br>MINUTE ORDER |

　　　The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

　　　(1)　The parties are DIRECTED to file a Joint Status Report on or before March 31, 2022, indicating (i) the current status of the Subject Property and (ii) what steps, if any, the parties are taking to effectuate the Sheriff's sale of the Subject Property.

　　　(2)　The Clerk is directed to send a copy of this Minute Order to all counsel of record.

　　　Dated this 22nd day of March, 2022.

　　　　　　　　　　　　　　　　　　　Ravi Subramanian
　　　　　　　　　　　　　　　　　　　Clerk

　　　　　　　　　　　　　　　　　　　s/Gail Glass
　　　　　　　　　　　　　　　　　　　Deputy Clerk

MINUTE ORDER - 1