UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

THE BANK OF NEW YORK MELLON,

        Plaintiff,

v.

SCOTT STAFNE; and MAYUMI OHATA STAFNE, as Administrator of the Estate of Todd Stafne,

        Defendants.

C16-77 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)    The parties are DIRECTED to file a Joint Status Report on or before August 15, 2022, indicating (i) the current status of the Subject Property and (ii) what steps, if any, the parties are taking to effectuate the Sheriff's sale of the Subject Property.

(2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 15th day of July, 2022.

                              Ravi Subramanian
                              Clerk

                              s/Gail Glass
                              Deputy Clerk

MINUTE ORDER - 1