UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BANK OF NEW YORK MELLON,

        Plaintiff,

  v.

SCOTT STAFNE, et al.,

        Defendant.

C16-0077 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties are DIRECTED to file a Joint Status Report on or before December 3, 2024, indicating what steps Plaintiff is taking to effectuate the Sheriff's sale of the Subject Property.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 15th day of October, 2024.

                             Ravi Subramanian
                             Clerk

                             s/Laurie Cuaresma
                             Deputy Clerk

MINUTE ORDER - 1