# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| BANK OF NEW YORK MELLON,<br>　　　　　　　　　　　　Plaintiff,<br>vs.<br><br>SCOTT STAFNE, et. al.,<br>　　　　　　　　　　　　Defendants. | Case No.: 2:16-cv-00077-TSZ<br><br>**STATUS REPORT** |

Plaintiff, Bank of New York Mellon ("Plaintiff"), in response to this Court's Minute Order, dated October 15, 2024 reports directing the filing of a status report on or before December 3, 2024, reports the follow status.

### I. Plaintiff's Statement

1. The Washington State superior court foreclosure case, under Snohomish County Superior Court case number 22-2-01709-31, remains pending.

2. One contesting defendant, Wild Still LLC, remains. A foreclosure judgment has entered against the other defendants.

3. A final determination on Plaintiff's title insurance claim has been made. Plaintiff and Wild Still, LLC, through their respective counsels, are engaged in settlement discussions. The portion of the Property that is the subject of those discussions was recently surveyed and Plaintiff is reviewing same. If a resolution is reached, Plaintiff will be able to proceed with a dispositive motion that would resolve the state court action in its entirety.

4. The second settlement offer, received by the office of the undersigned on August 2, 2024, from a third party, regarding the Property and the note secured by Plaintiff's Deed of Trust, is no longer active.

5. Plaintiff is not aware of the property's status. Plaintiff will defer to Defendant's report.

## II. Defendant's Statement

Defendant has been filing his own status reports, and Plaintiff defers to Defendant to continue to do so.

DATED February 25, 2025

*/s/ Warren Lance*
McCarthy & Holthus, LLP
Warren Lance, WSBA #51586
*Attorneys for Plaintiff*
WA-21-892767-JUD