UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BANK OF NEW YORK MELLON,

        Plaintiff,

  v.

SCOTT STAFNE, et al.,

        Defendants.

C16-0077 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)    The parties are DIRECTED to file a Joint Status Report on or before May 27, 2025, indicating what steps Plaintiff is taking to effectuate the Sheriff's sale of the Subject Property.

(2)    The Court notes that attorney Warren Lance filed Plaintiff's recent status report, docket no. 224, instead of Shane Gale, Plaintiff's attorney who has appeared. See Notice of Appearance (docket no. 209). While Mr. Lance apparently works at the same law firm as Mr. Gale, Mr. Lance has not filed a notice of appearance on behalf of Plaintiff. See Local Civil Rule 83.2(a), (b)(2) ("Where there has simply been a change of counsel within the same law firm . . . the new attorney should file a Notice of Appearance and the withdrawing attorney should file a Notice of Withdrawal."). The Court ORDERS Mr. Lance to file a notice of appearance on behalf of Plaintiff within 14 days of this Minute Order.

(3)    The Clerk is directed to send a copy of this Minute Order to all counsel of record and Warren Lance at wlance@mccarthyholthus.com.

Dated this 18th day of March, 2025.

                              Ravi Subramanian
                              Clerk

                              s/Laurie Cuaresma
                              Deputy Clerk

MINUTE ORDER - 1