UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BANK OF NEW YORK MELLON,

       Plaintiff,

  v.

SCOTT STAFNE, et al.,

       Defendants.

C16-0077 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)    The Court previously ordered, see Minute Order (docket no. 225), the parties to file a joint status report on or before May 27, 2025.  To date, no joint status report has been filed.  The parties are DIRECTED to file a Joint Status Report on or before February 6, 2026, indicating what steps Plaintiff is taking to effectuate the Sheriff's sale of the Subject Property.

(2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 20th day of January, 2026.

                        Joshua C. Lewis
                        Clerk

                        s/Grant Cogswell
                        Deputy Clerk

MINUTE ORDER - 1